STATE OF NEW JERSEY v. RONALD LESNAK.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE COLON.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE COLON.

January 20, 1987.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. CALVIN BASS.

January 20, 1987.

Petition for certification denied.